UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

  v.

KEE SOOK HAM, individually and as Trustee of the Kee Sook Ham Revocable Trust, AL J. GARCIA, doing business as FOOD JUNCTION, and MICAELA M. GARCIA, doing business as FOOD JUNCTION,

      Defendants.
_____/

No. 2:06-cv-1228-MCE-DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 20, 2007.

///

///

///

///

///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.

6 Dated: January 26, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE