SCOTT N. JOHNSON, ESQ. – SBN 166952
Law Offices of Scott N. Johnson
5150 Fair Oaks Boulevard, Suite 101
Carmichael, CA 95608-5758
(916) 485-3516 Telephone
(916) 481-4224 Facsimile

Attorneys for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>Kee Sook Ham, Individually and as Trustee of the Kee Sook Ham Trust; Al J. Garcia and Micaela M. Garcia, each Individually and each d/b/a Food Junction; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.: 2:06-cv-1228-MCE-DAD<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>Complaint Filed:  June 6, 2006 |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

///

///

///

1  Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth herein.  The parties request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to enforce the terms of the Settlement Agreement.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Dated: February 12, 2007            LAW OFFICES OF ILIJA CVETICH


                                    /s/Ilija Cvetich_____
                                    ILIJA CVETICH, Attorney for Defendant
                                    Kee Sook Ham, Individually and as Trustee
                                    of the Kee Sook Ham Revocable Trust


Dated: January 26, 2007             /s/Scott N. Johnson_____
                                    SCOTT N. JOHNSON, Plaintiff, In Pro Per


**IT IS SO ORDERED**.

April 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE